FILED

2026 Jan-06  PM 12:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

For the Northern District of Alabama

FILED

2026 JAN -6  A 11: 29

U.S. DISTRICT COURT
N.D. OF ALABAMA

Hailey Davis

    -  Plaintiff

v.

Judy Kim

    - Defendant

Index No.

Complaint

1. Upon information and belief, Defendant had ex parte communication with individual in 101014/2022,

2. Defendant conspired with individual in violation of due process,

3. This Court has jurisdiction under the federal law.

4. Plaintiff demands a trial of jury and with compensation of $1,000,000.

VERIFICATION

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 1/1/26

Hailey Davis

5811 Century Blvd,

Los Angeles, CA 90042

MID-ISLAND NY 117

2 JAN 2026 PM 2 L



UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office

1729 5th Avenue North

Birmingham, AL 35203

SECURITY

JAN 06 2026

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

35203-203799